# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Steele, William H | US District-So. Dist. Of AL | 05/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge-Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 113 St. Joseph Street<br>Mobile<br>AL 36602 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 12-31-06 | Church Reader Fees | $ 195 |
| 2. 12-31-06 | Musician Fees | $ 200 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 12-31-06 | City of Mobile, Alabama - Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Navy Federal Credit Union | Auto loan | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AmSouth Bank Account | A | Interest | J | T | | | | | |
| 2. Fidelity Puritan | A | Dividend | J | T | | | | | |
| 3. Public Employees Benefit Service Co. | E | Dividend | N | T | Buy | 12/31 | J | | |
| 4. *AG Edwards (IRA) | | None | J | T | | | | | |
| 5. - SunAmerica Blue Chip Fund Class B | | | | | | | | | |
| 6. - Centerstaging Corp. | | | | | | | | | |
| 7. - Putnam International New Opportunities | | | | | | | | | |
| 8. - Grey Wolf Inc | | | | | | | | | |
| 9. *Legg Mason (IRA) | C | Dividend | L | T | | | | | |
| 10. - Alliance Bernstein Class A | | | | | | | | | |
| 11. - Alliance Technology | | | | | | | | | |
| 12. - John Hancock Regional Bank | | | | | | | | | |
| 13. - Alliance Real Estate Investment Fund | | | | | | | | | |
| 14. - Jennison Blend Fund Class A | | | | | | | | | |
| 15. AMCAP Fund | C | Dividend | M | T | | | | | |
| 16. Putnam Voyager | A | Dividend | K | T | Sell | 12/18 | K | A | |
| 17. Templeton Foreign | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. John Hancock Financial Industries | B | Dividend | J | T | | | | | |
| 19. Mutual Shares (TESIX) | B | Dividend | K | T | | | | | |
| 20. Alliance Large Capital Growth | | None | J | T | | | | | |
| 21. Putnam Allstate Advisor (Annuity) | | None | N | T | | | | | |
| 22. Gulf Coast Federal Credit Union | A | Interest | J | T | | | | | |
| 23. Steele Enterprises LLC | | None | M | U | | | | | |
| 24. Putnam FD for Growth & Income | D | Dividend | K | T | | | | | |
| 25. Putnam Mid Cap Value Fund | C | Dividend | K | T | Sell | 12/18 | J | B | |
| 26. Putnam Small Cap Growth | A | Dividend | J | T | | | | | |
| 27. Fidelity Adv Emerging Markets Income Fund | B | Dividend | K | T | | | | | |
| 28. *AG Edwards IRA (FBO) | | | | | | | | | |
| 29. -Comcast Corp. | | | | | | | | | |
| 30. -AIM Funds Group-Constellation Fund | | | | | Merger/exch. | 3/27 | | | |
| 31. -AIM Funds Group-Charter Fund | | | | | Merger/exch. | 4/10 | | | |
| 32. -Putnam Intl. New Opportunities | | | | | | | | | |
| 33. -Putnam New Opportunities | | | | | | | | | |
| 34. -Putnam Vista Fund | | | | | Sell | 7/24 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =S1,000 or less | B =S1,001 - S2,500 | C =S2,501 - S5,000 | D =S5,001 - S15,000 | E =S15,001 - S50,000 |
|---|---|---|---|---|---|
| | F =S50,001 - S100,000 | G =S100,001 - S1,000,000 | H1 =S1,000,001 - S5,000,000 | H2 =More than S5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =S15,000 or less | K =S15,001 - S50,000 | L =S50,001 - S100,000 | M =S100,001 - S250,000 | |
| | N =S250,001 - S500,000 | O =S500,001 - S1,000,000 | P1 =S1,000,001 - S5,000,000 | P2 =S5,000,001 - S25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =S25,000,001 - S50,000,000 | R =Cost (Real Estate Only) | P4 =More than S50,000,000 | P2 =S5,000,001 - S25,000,000 | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Putnam Voyager Fund | | | | | | | | | |
| 36. -Euro Pacific Growth | | | | | | | | | |
| 37. -Growth Fund of America | | | | | | | | | |
| 38. Centennial Money Market | A | Interest | J | T | | | | | |
| 39. EMC Corp. | | None | J | T | | | | | |
| 40. Intel Corp. | A | Dividend | J | T | | | | | |
| 41. Nokia Corp. | A | Dividend | J | T | | | | | |
| 42. Time Warner | A | Dividend | K | T | | | | | |
| 43. Campbell Strategic Allocation Fund | D | Dividend | M | T | | | | | |
| 44. Europacific Growth Fund | C | Dividend | L | T | | | | | |
| 45. Fundamental Investors Inc. | C | Dividend | L | T | | | | | |
| 46. Growth Fund of America | C | Dividend | M | T | | | | | |
| 47. New Economy Fund | A | Dividend | K | T | | | | | |
| 48. Smallcap World Fund Inc. | A | Dividend | J | T | | | | | |
| 49. Washington Mutual | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

VII.6 - RAM 86 merged with Knight Fuller Inc. and then on 2/07/06 changed name to Centerstaging Corp.

VII.23 - It is not anticipated that any income will be derived from the LLC. All income will be realized by the manager.

VII.30 - AIM Funds Group-Aggressive merged and became AIM Funds Group-Constellation Fund.

VII.31 - AIM Funds Group-Premier Eq. merged and became AIM Funds Group-Charter Fund.

VII.34 - Putnam Vista Fund. Mandatory IRA (FBO) distribution resulted in cash distribution .

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H | 05/10/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date __5/14/07__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544